**Order filed September 22, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00650-CR**
**NO. 14-19-00651-CR**

_____

**JASMYNE LAMARQUE VAUGHN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1590390 and 1590391**

## ORDER

On July 28, 2020, this court issued an order directing the clerk of the 178th District Court to deliver certain original exhibits to the clerk of this court on or before August 4, 2020. The exhibits have not been received.

We again direct the clerk of the 178th District Court to deliver to the clerk of this court the original of **State's Exhibit 4, a video, and State's Exhibit 6, a video.**

on or before **October 2, 2020.** The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original exhibits to the clerk of the 178th District Court.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Hassan.